IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LAWRENCE SMEDLEY,

Petitioner,

v.

JEFFREY S. WALTON,

Respondent.                                          No. 12-cv-3-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Petitioner's Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on April 3, 2013, the Report and Recommendation of Magistrate Judge Philip M. Frazier is adopted.  This habeas petition pursuant to 28 U.S.C. §2241 is is **DENIED** and Petitioner's claims are **DISMISSED with prejudice**.

NANCY J. ROSENSTENGEL,
CLERK OF COURT


BY:  s/*Sara Jennings*
       **Deputy Clerk**

**Dated:** April 3, 2013

Digitally signed by
David R. Herndon
Date: 2013.04.03
13:51:59 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT